**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7074**

_____

SAMEER MOHAMED ELYAS,

> Plaintiff - Appellant,

> v.

OFFICER CHAN,

> Defendant - Appellee.

_____

**No. 24-7075**

_____

SAMEER MOHAMED ELYAS,

> Plaintiff - Appellant,

> v.

SGT. FOSTER,

> Defendant - Appellee.

_____

**No. 24-7077**

_____

SAMEER MOHAMED ELYAS,

> Plaintiff - Appellant,

v.

OFFICER SANCHEZ,

> Defendant - Appellee.

_____

**No. 24-7078**

_____

SAMEER MOHAMED ELYAS,

> Plaintiff - Appellant,

v.

SUPERVISOR SAMS,

> Defendant - Appellee.

_____

**No. 24-7079**

_____

SAMEER MOHAMED ELYAS,

> Plaintiff - Appellant,

v.

LIEUTENANT THOMAS, FL,

> Defendant - Appellee.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Michael Stefan Nachmanoff, District Judge. (1:23-cv-01212-MSN-IDD; 1:23-cv-01091-MSN-WEF; 1:23-cv-00784-MSN-IDD; 1:24-cv-00889-MSN-WBP; 1:24-cv-00325-MSN-WEF)

_____

2

Submitted:  January 23, 2024                              Decided:  January 29, 2025

_____

Before WILKINSON, WYNN and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sameer Mohamed Elyas, Appellant Pro Se.  Sharon E. Pandak, PANDAK & TAVES, PLLC, Woodbridge, Virginia, for Appellee Officer Sanchez.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sameer Mohamed Elyas appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaints for failure to comply with the court's orders. In each case, Elyas failed to notify the court of his change in address following his release from the custody of the Virginia Department of Corrections. The district court therefore dismissed Elyas' complaints without prejudice, finding that dismissal was necessary to manage the court's docket. We conclude that the district court did not abuse its discretion. Accordingly, we affirm the district court's orders. *Elyas v. Chan*, No. 1:23-cv-1212-MSN-IDD (E.D. Va., Sept. 18, 2024); *Elyas v. Foster*, No. 1:23-cv-01091-MSN-WEF (E.D. Va., Sept. 18, 2024); *Elyas v. Sams*, No. 1:24-cv-00889-MSN-WBP (E.D. Va., Sept. 18, 2024); *Elyas v. Thomas*, No. 1:24-cv-00325-MSN-WEF (E.D. Va., Sept. 18, 2024); *Elyas v. Sanchez*, No. 1:23-cv-00784-MSN-IDD (E.D. Va., Sept. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*